UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

NTCREAF (rev 12/2016)

In re:

**Mark Daniel Gilmore**,
**Mary Edith Gilmore**,
      Debtors.

Case No. **19–80013–JJG–7A**

## DEFICIENCY NOTICE FOR REAFFIRMATION AGREEMENT

**NOTICE IS GIVEN** that the Reaffirmation Agreement you filed regarding Financial Pacific Leasing, Inc as to 2005 Peterbilt 379 Tractor is deficient as follows:

- The Cover Sheet for the Reaffirmation Agreement is missing.

- The Reaffirmation Agreement must be refiled using current forms. Go to www.insb.uscourts.gov/new–forms–notice.pdf for more information.

You are instructed to cure the deficiencies by refiling the Reaffirmation Agreement in its entirety within **14 days** from the date of this notice.

If you fail to cure the deficiencies as instructed, the Court will take no further action with respect to the Reaffirmation Agreement. A deficient reaffirmation agreement may not be effective or enforceable and, in the absence of an effective reaffirmation agreement, you could be forced by the creditor to surrender the subject property.

Dated: May 1, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court